HOFFMAN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by Katie Hoff-

man, as, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Order (87 N. Y. Supp. 617) reversed, and new trial ordered, with costs to the appellant to abide event, unless the plaintiff stipulates to reduce the verdict to the sum of $10,000 as of the date of the rendition thereof, in which event the order appealed from is affirmed, without costs of this appeal to either party.

WILLIAMS, J., dissents.